IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. _____ |
| v. | ) ) |
| PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs state as follows:

Allergan USA, Inc. and Allergan Industrie SAS are indirect, wholly owned subsidiaries of Allergan plc.

Allergan plc is a publicly owned company traded on the New York Stock Exchange under the ticker symbol AGN. No publicly held corporation owns 10% or more of its stock.

                                                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                        */s/ Jeremy A. Tigan*

OF COUNSEL:

Gary E. Hood
Mark T. Deming
Randal S. Alexander
Enes Ovcina
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, IL  60601
(312) 819-1900

January 23, 2020

                                                  Jack B. Blumenfeld (#1014)
                                                  Jeremy A. Tigan (#5239)
                                                  1201 North Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899
                                                  (302) 658-9200
                                                  jblumenfeld@mnat.com
                                                  jtigan@mnat.com

                                                  *Attorneys for Plaintiffs Allergan USA, Inc. and Allergan Industrie SAS*