IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE SAS,<br><br>    Plaintiffs,<br><br>v.<br><br>PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES, INC.,<br><br>    Defendants. | C.A. No. 19-126 (CFC) |
| ALLERGAN USA, INC., and ALLERGAN INDUSTRIE SAS,<br><br>    Plaintiffs,<br><br>v.<br><br>PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES, INC.,<br><br>    Defendants. | C.A. No. 20-104 (CFC) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

    WHEREAS Plaintiffs Allergan USA, Inc. and Allergan Industrie SAS (collectively, "Allergan") and Defendants Prollenium US Inc. and Prollenium Medical Technologies, Inc. (collectively, "Prollenium") have executed a Settlement and License Agreement dated February, 17, 2021 (the "Settlement Agreement").

    IT IS HEREBY STIPULATED by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims or causes of action asserted in the above-captioned actions by and between Allergan

and Prollenium are hereby dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Gary E. Hood<br>Mark T. Deming<br>Luke T. Shannon<br>Randal S. Alexander<br>Enes Ovcina<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, IL  60601<br>(312) 819-1900 | John W. Harbin, Esquire<br>Gregory J. Carlin, Esquire<br>Warren Thomas, Esquire<br>Robert J. Leonard, Esquire<br>MEUNIER CARLIN & CURFMAN LLP<br>999 Peachtree Street NE, Suite 1300<br>Atlanta, GA  30309<br>(404) 645-7700 |

February 19, 2021

IT IS SO ORDERED THIS _____ day of _____,20_____.

_____
United States District Judge